| UNITED STATES BANKRUPTCY COURT |
|---|
| Daniel Scott Morse |

In Re: Eastern District of Michigan (Detroit)

Case No.: 14-40800-mar
Chapter: 13
Judge: Mark A. Randon

## CHANGE OF ADDRESS

Party's name/type: Kirkway Village Condominium Association, creditor
(Example: John Smith, creditor)

Old address: c/o Association Dues Assurance Co., LLC
P.O. Box 806044
St. Clair Shores, MI 48080

New address: Kirkway Village Condominium Association
P.O. Box 100
Wyandotte, MI 48192

New phone no.: 734-285-4442
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 06/14/2017

/s/ Robert D. Johnson
Signature